United States District Court
Southern District of Texas
**ENTERED**
May 25, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CRIMINAL ACTION NO. 4:19-CR-679 |
| STEVEN INBODY<br>HOAI-HUONG TRUONG | § § § § | |
| Defendants. | | |

## **ORDER**

The Court has considered the Unopposed Motion for Continuance, wherein counsel for Defendant has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Unopposed Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Motion for Continuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence from today, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

**THE SCHEDULING ORDER SHALL BE AMENDED AS FOLLOWS**:

MOTIONS will be filed by **September 21, 2020**.

RESPONSES due by **October 1, 2020**.

PRETRIAL CONFERENCE is set for **November 2, 2020 at 9:30 a.m.**

JURY TRIAL is set for **November 9, 2020 at 1:30 p.m.**

SIGNED at Houston, Texas, this 22nd day of May, 2020.

                                        VANESSA D. GILMORE
                                  UNITED STATES DISTRICT JUDGE