United States District Court
Southern District of Texas
**ENTERED**
July 23, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | Criminal No. 4:19-CR-679-01 |
| | § | |
| **STEVEN INBODY,** | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Before the Court is the Government's Motion to Dismiss Charges Against Dr. Steven Bryce Inbody. Upon review of the motion and due to the death of Dr. Steven Bryce Inbody, the Government's Motion to Dismiss Charges Against Dr. Steven Bryce Inbody is hereby GRANTED.

IT IS THEREFORE ORDERED that the charges in the Indictment filed on September 11, 2019 against the defendant, Dr. Steven Bryce Inbody, are DISMISSED with prejudice.

IT IS SO ORDERED this 23rd day of July, 2020.

HONORABLE VANESSA GILMORE
UNITED STATES DISTRICT JUDGE